Commonwealth ex rel. Winters, Appellant, *v.* Maroney.

ORDER PER CURIAM, April 20, 1965:

In the light of our decisions in *Commonwealth ex rel. O'Lock v. Rundle*, 415 Pa. 515, 204 A. 2d 439 (1964), and *Commonwealth ex rel. Goodfellow v. Rundle*, 415 Pa. 528, 204 A. 2d 446 (1964), allocatur is granted in the above case. The orders of the Superior Court and the Court of Common Pleas of Clearfield County are reversed, and the record is remanded to the court of original jurisdiction with direction to hold a hearing on the petition.